IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTONIO PAYTON, JR.,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

Case No. 20–CV–00275–JPG

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner Antonio Payton, Jr.'s proceeding for post-conviction relief is **DISMISSED** for lack of jurisdiction.

**Dated: Friday, April 24, 2020**

**MARGARET M. ROBERTIE**
**CLERK OF COURT**

**s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**